IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00482-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAHEEM RILEY,
   a/k/a Raheem Sykes

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce RAHEEM RILEY, a/k/a Raheem Sykes before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 21st day of November, 2008.

                                          s/Philip A. Brimmer
                                          UNITED STATES DISTRICT JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO